# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | 8:12CR82 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **RUTH TAYLOR,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion to continue by defendant Ruth Taylor (Taylor) (Filing No. 15). Taylor seeks a continuance of the trial of this matter which is scheduled for July 2, 2012.

However, the motion does not comply with Paragraph 9 of the Progression Order and NECrimR 12.1 (a), which provides, in part:

> Unless excused by the court in individual cases, a motion to continue the trial setting of a criminal case must state facts demonstrating that the ends of justice served by a continuance outweigh the best interest of the public and the defendant in a speedy trial, (*see* 18 U.S.C. §3161(h)(7)(A)), or that for some other reason, the continuance will not violate the Speedy Trial Act. Unless excused by the court in individual cases, if the defendant is a moving party the motion shall be accompanied by the defendant's affidavit or declaration (*see* 28 U.S.C. § 1746) stating that defendant:
> (1) Was advised by the defense attorney of the reasons for seeking a continuance;
> (2) Understands that the time sought by the extension may be excluded from any calculation of time under the Speedy Trial Act, 18 U.S.C. § 3161-3174; and
> (3) With this understanding and knowledge, agrees to the filing of the motion.

The motion is not accompanied by the defendant's affidavit or declaration stating the requirements of (1) _✔_, (2) _✔_ , or (3) _✔_ above.

Accordingly, the motion (Filing No. 15) is held in abeyance **until June 27, 2012**, and if the deficiency noted above is not corrected, the motion will be denied.

**IT IS SO ORDERED.**

DATED this 20th day of June, 2012.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge